AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4:07cr00072-07-GTE | 2:07mj60-WC | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  x  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of     21     U.S.C. §  841(a)(1), (b)(1)(A), (C)

**DISTRICT OF OFFENSE**
Eastern District of Arkansas

**DESCRIPTION OF CHARGES:**

Possessed with Intent to distribute cocaine hydrocloride
Possessed with intent to distribute and distribution of methamphetamine

**CURRENT BOND STATUS:**
  ☐ Bail fixed at _____ and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
  ☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

   You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_6-22-07_
Date                                                                Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |